IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| WET SOUNDS, INC., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:18-cv-28-KNM |
| | § | |
| AUDIO FORMZ, LLC, | § | Notice of Settlement |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

Defendant Audio Formz, LLC provides the Court notice that, at mediation, the parties reached a settlement in the captioned action. This settlement extends to all affirmative claims and counterclaims that arise out of the allegations for the captioned action between Wet Sounds, Inc. and Audio Formz, LLC. Settlement and dismissal papers are being prepared.

DATED: September 17, 2018

                                        Respectfully submitted,

                                        /s/ M. Forest Nelson

M. Forest Nelson
State Bar No. 14904625
Burt Barr & Associates, LLP
P.O. Box 223667
Dallas, Texas 75222-3667
214-943-0012 (Phone)
214-943-0048 (fax)
fnelson@bbarr.com

ATTORNEYS FOR DEFENDANT
AUDIO FORMZ, LLC

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 17, 2018, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

                                       */s/ M. Forest Nelson*
                                        M. Forest Nelson